JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ANDERSON LEONEL MOROCHO MOROCHO,**<br>**Petitioner,**<br>**v.**<br>**SENIOR WARDEN, ADELANTO DETENTION FACILITY, et al.,**<br>**Respondents.** | **NO. 5:26-cv-06158-MCS-KS**<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting and Adopting Report and Recommendation of U.S. Magistrate Judge, IT IS ADJUDGED that the Verified Petition for Writ of Habeas Corpus is GRANTED.

DATED: November 6, 2026

Christina A. Snyder

HONORABLE CHRISTINA A. SNYDER
SENIOR UNITED STATES DISTRICT JUDGE